UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY,** an individual, | * * * |
| Plaintiff, | * * |
| v. | * * Case No. 2:22-cv-02516 |
| **WALKER AVENUE HOLDINGS, LLC,** | * * * |
| Defendant. | * * |

NOTICE OF SETTLEMENT

Plaintiff, JEREMY GREY, and Defendant, WALKER AVENUE HOLDINGS, LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Dated: November 15, 2022

*/s/Rebecca J. Hutto*
Rebecca J. Hutto  #39252
*Attorney for Plaintiff*
208 Adams Avenue
Memphis, TN 38103
(901) 523-1844
rebecca@wcwslaw.com

Counsel for Plaintiff

*/s/Brian L. Yoakum*
Louise C. Biedenharn (BPR No. 28256)
Brian L. Yoakum (BPR No. 24811)
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Telephone:901-525-6781
lbiedenharn@evanspetree.com
byoakum@evanspetree.com

Counsel for Defendant