# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JEREMY GREY,
AN INDIVIDUAL,

      Plaintiff,

v.

WALKER AVENUE HOLDINGS LLC,
a limited liability company,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-02516-JPM-cgc

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Stipulation of Dismissal, filed on March 13, 2023 (ECF No. 16), and the Court having entered an Order of Dismissal (ECF No. 17),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 March 13, 2023
Date